IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CENTRAL LABORERS PENSION FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) ) | NO. 10 C 5475 |
| BADGER SERVICES, INC., a dissolved Illinois corporation, and MICHAEL J. CASH, an individual, | ) ) ) ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendants. | ) ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendants, BADGER SERVICES, INC., a dissolved Illinois corporation, and MICHAEL J. CASH, an individual, in the total amount of $2,505.43, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,853.75.

On February 23, 2011, the First Amended Complaint was served on Defendant Badger Services, Inc. (by tendering a copy of said documents to Michael J. Cash, Jr.) at the Defendant's place of business (a copy of the Affidavit of Process Server is attached hereto). Therefore, Defendant's answer was due on March 9, 2011.

On January 26, 2011, the Summons and First Amended Complaint was served on Defendant Michael J. Cash (by tendering a copy of said documents to his girlfriend (who refused to provide her name)) at the Defendant's residence (a copy of the Summons and Affidavit of Process Server is attached hereto). Therefore, Defendant's answer was due on February 16, 2011.

As Defendants have failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

                                                          /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\Badger Services\motion.cms.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this <u>17th</u> day of <u>March 2011</u>:

        Badger Services, Inc.
        4242 South First Street
        Lyons, IL  60534

        Mr. Michael J. Cash
        34356 Lakeside Terrace
        Wilmington, IL  60481

        /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\CLJ\Badger Services\motion.cms.df.wpd